United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA GANDARA-MEZA, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-139 |
| | § | CRIMINAL NO. B-13-309-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

Pending is the Magistrate Judge's July 25, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 6]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Report and Recommendation is hereby adopted.  Therefore, Petitioner Adriana Gandara-Meza's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied and the issuance of a Certificate of Appealability is denied.

Signed this 31st day of August, 2016.

Andrew S. Hanen
United States District Judge